

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Calvin Wayne Burnham

No. 06-25-00091-CR

Original Mandamus Proceeding

Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

      As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the petition.

RENDERED JULY 7, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk